UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | GLORIA T. FRANCIS |
| **Case Number:** | 08-04340-PB13　　**Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 01, 2009 10:00 AM　 DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | LYNETTE ALVES |

### Matter:

TRUSTEE'S MOTION TO DISMISS (fr. 6/2/09)

### Appearances:

REBECCA PENNINGTON, ATTORNEY FOR TRUSTEE SKELTON
DAVID E. BRITTON, ATTORNEY FOR GLORIA T. FRANCIS

### Disposition:

off cal on conditions that debtor make up the short fall from the EWO.